IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Kent Pearce Tierney - #186685

CV 10 80 008 MISC

## ORDER TO SHOW CAUSE

It appearing that Kent Pearce Tierney has been suspended following a criminal conviction by the State Bar of California by effective November 6, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before March 2, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Kent Pearce Tierney
Attorney At Law
5052 Glenwood Court
Pleasanton, CA 94588