FILED

MAR 09 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Kent Pearce Tierney,

State Bar No 186685

No CV 10 80008 MISC VRW

ORDER

_____/

On January 19, 2010, the court issued an order to show cause (OSC) why Kent Pearce Tierney should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the State Bar following a criminal conviction, effective Novmeber 6, 2009.

The OSC was mailed to Mr Tierney's address of record with the State Bar on January 21, 2010. A written response was due on or before March 2, 2010. On February 16, 2010, Mr Tierney filed a response advising that the matter of his entitlement to practice law in California is pending before the Review Department of the State Bar Court and he requests that this court take no further action pending final resolution in the State Bar Court. Mr Tierney states that his criminal conviction had "nothing to do with the practice of law and did not involve a client." Resp, Feb 16, 2010. Nonetheless, because

eligibility for membership in the bar of this court is confined to "active member[s] in good standing of the State Bar of California," Civil L R 11-1(b), Mr Tierney is not eligible to practice in this court while not in good standing of the State Bar.

The court now orders Kent Pearce Tierney removed from the roll of attorneys authorized to practice before this court until such time as he petitions for reinstatement following his return to good standing of the State Bar of California.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter ofL

KENT PEARCE TIERNEY,

Case Number: CV10-80008 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kent Pearce Tierney
5052 Glenwood Court
Pleasanton, CA 94588

Dated: March 9, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*